

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00201-CR

_____

DANIEL DONGRELE LINDLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 0819780

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Daniel Dongrele Lindley has appealed the trial court's judgment adjudicating him guilty of attempted capital murder and sentencing him to forty-five years' incarceration. We overrule Lindley's points of error and affirm the trial court's judgment and sentence for the reasons set forth in our opinion issued this date in Lindley's companion case, *Lindley v. State*, cause number 06-09-00200-CR. Please see our opinion in that case for a detailed examination of the issues and law governing these cases.[1]

Josh R. Morriss, III
Chief Justice

Date Submitted:    November 30, 2010
Date Decided:    December 17, 2010

Do Not Publish

---

[1]Lindley has addressed both trial court causes in a single brief, and the issues and facts in the two cases are the same.